**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RODNEY KEHOE,

    Plaintiff,

v.                                                     Case No: 8:12-cv-2874-T-30EAJ

CLARKE ENVIRONMENTAL
MOSQUITO MANAGEMENT, INC. and
JOSHUA PAUL MATTA,

    Defendants.

_____

ORDER

The Court has been advised via Defendants' Notice of Settlement (Dkt. #29) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of May, 2013.

*[signature: James S. Moody, Jr.]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                             F:\Docs\2012\12-cv-2874 dismiss 29.docx